Case 2:18-cv-00155-WC   Document 1-1   Filed 03/06/18   Page 1 of 2

DOCUMENT 2

ELECTRONICALLY FILED
2/8/2018 2:07 AM
06-CV-2018-900005.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

# IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## CLAYTON DIVISION

| | | |
|---|---|---|
| **PREMIER PAINT & DRYWALL, INC.** | * | |
| Plaintiff, | * | |
| v. | * | CV 2018- |
| | * | |
| **DESIGNED TO BUILD, LLC,** | * | |
| | * | |
| Defendant. | * | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Premier Paint & Drywall, Inc.("Premier") is a domestic corporation with offices located in Clio, Barbour County, Alabama.

2. Defendant Designed To Build, LLC ("DTB") is a limited liability company located in Athens, Georgia, doing business in Alabama.

3. The contract between the parties that is the subject of this litigation originated in Alabama.

### STATEMENT OF THE FACTS

4. Defendant contacted Plaintiff Premier, at its offices in Clio, Alabama in 2016, proposing that Premier install drywall at a construction project in Louisiana, known as the Wildwood project, where Defendant was the general contractor.

5. The parties came to an agreement in which Premier, as a subcontracor, would source, provide and install drywall for the project, known as the "clubhouse" contract, which was executed by the parties.

6. Plaintiff successfully completed the clubhouse contract, at which time Defendant had a duty to pay Plaintiff the "retainage", i.e. the amount of funds customarily held back by the contractor until the work was completed by Plaintiff.

7. Plaintiff completed its scope of work in a timely manner and according to plans.

8. All completed work was accepted by DTB.

## COUNT I
## BREACH OF CONTRACT

9. Plaintiff reincorporates paragraphs one through eight as if completely set out herein.

10. Defendant has failed to pay Plaintiff the retainage amount due to Plaintiff for work performed pursuant to the above referenced project and contract.

11. Defendant's failure to pay amounts due Plaintiff constitutes a breach of the agreement between the parties.

12. As a result of Defendant's breach, Plaintiff has been injured and damaged.

13. Plaintiff has suffered a loss of income, has incurred attorney fees and other costs due to Defendant's breach of contract.

WHEREFORE, the above premises considered, Plaintiff moves for judgment against Defendant in the amount of $143,484.76, interest through the date of judgment, attorney fees and costs of this action.

/s/ Elizabeth Borg
Elizabeth Borg (MCA019)
Attorney for Plaintiff

OF COUNSEL:
McAdory Borg Law Firm, PC
121 Mitcham Ave.
Auburn, AL 36830
334 502-4529
office@judgeborg.com