IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PREMIER PAINT & DRYWALL, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:18cv155-MHT |
| DESIGNED TO BUILD, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the Honorable David A. Baker, United States Magistrate Judge, for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 19th day of April, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**